### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**B & W Condominium Association**,

    Plaintiff,

v.                                                          2:24-cv-942-JES-NPM

**Blackboard Insurance Company**,

    Defendant.

---

### SANCTION ORDER AND REFERRAL TO GRIEVANCE COMMITTEE

Attorney Carlos L. Santi represents Plaintiff B & W Condominium Association. In persistent disregard of the court's rules and orders, Santi has repeatedly failed to file his client's Local Rule 3.03 disclosure. In fact, he failed to do so despite the court's directives in three separate orders. (Docs. 5, 13, and 17). He was also reminded twice, and failed twice, to file a notice of lead counsel designation. (Docs. 8 and 16).

Courts routinely dismiss cases for less egregious misconduct. Rather than dismiss this case, the court requires Santi to file his client's Local Rule 3.03 disclosure **IMMEDIATELY**. Moreover, having failed to show cause why he should not be sanctioned (Doc. 17), Santi must certify by January 21, 2025, that he has paid $200 to the Southwest Florida Federal Court Bar Association. The Association will use these funds in its ongoing efforts to elevate the practice of law.

Also, this matter is referred to the court's grievance committee to either

provide Santi counseling[1] on improving his practices or to recommend appropriate remedial action. The Clerk of the Court is hereby DIRECTED to email a copy of this order to the Chair of the Grievance Committee, Lee Hollander, at leehollander@hollanderandhanuka.com.

**ORDERED** on January 7, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge

---

[1] If the committee finds Santi receptive to its counseling and that such counseling will likely deter substandard practices and otherwise suffice as appropriate corrective action, then it may elect under Local Rule 2.04(c)(4)(C)(i) to terminate its investigation and report as much to the court.