UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

B & W CONDOMINIUM ASSOCIATION

v.                                                                                           2:24-cv-942-JES-NPM

BLACKBOARD INSURANCE COMPANY

### ORDER OF REFERENCE TO GRIEVANCE COMMITTEE

We previously ordered plaintiff counsel Carlos L. Santi to certify payment of a $200 sanction by January 21, 2025. (Doc. 18). Santi waived any objection to that order by failing to file any timely objection (*see* Fed. R. Civ. P. 72(a)), and he failed to comply with the order. He has also failed to file his client's Local Rule 3.03 disclosure despite no less than **FOUR** orders to do so (Docs. 5, 13, 17, 18) and despite having promised the court that he would (Doc. 12). Attorney Santi has also been charged with a felony for allegedly harassing another attorney and that attorney's family.[1] Accordingly, the division's grievance committee is directed to investigate attorney Santi's misconduct fully and report whether it finds probable cause for disciplinary action and recommends a proportionate sanction. *See generally* Local Rule 2.04.

**ORDERED** on February 12, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge

c: Fort Myers Grievance Committee

---

[1] *See* Miami-Dade Case Number 13-2025-CF-002566-0001-01; *see also* https://www.law.com/dailybusinessreview/2025/02/07/coral-gables-lawyer-busted-for-stalking-an-attorney/